**Frank C. BRIDGES, Jr.,**
**Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7161.

United States Court of Appeals, Federal Circuit.

Oct. 11, 2007.

William S. Harwood, Jr., Verrill Dana, LLP, of Portland, ME, argued for claimant-appellant.

Michael N. O'Connell, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Ethan G. Kalett, Attorney, United

States Department of Veterans Affairs, of Washington, DC.

Before SCHALL, BRYSON, and MOORE, Circuit Judges.

### *Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.